IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

NATHANIEL RAY COGBURN                                                                PLAINTIFF

v.                             Case No. 6:21-cv-6149

SHERIFF JASON WATSON, BLAKE
FORGA, AGENT ROY BETHEL, and AGENT
WITHWORTH                                                                            DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed November 3, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 29.

Plaintiff Nathaniel Ray Cogburn filed the instant action on November 10, 2021. ECF No. 1. Plaintiff brings excessive force claims against Defendants Jason Watson, Blake Forga, Roy Bethel, and "Agent Withworth" in their individual capacities, claiming that, during a traffic stop, they punched Plaintiff in the face, stomped Plaintiff's head and face into the pavement, beat Plaintiff, "punched and pistol whipped" Plaintiff's cousin, and arrested Plaintiff without a warrant. ECF No. 1, at 4-7. On November 10, 2021, Judge Bryant granted Plaintiff's Motion for Leave to Proceed in forma pauperis and advised Plaintiff that he must "immediately inform the Court of any change of address." Since that date, all mail sent to Plaintiff has been returned as undeliverable, and Plaintiff has not informed the Court of any change in address.

On July 12, 2022, Defendant Withworth filed a Motion for Summary Judgment. ECF No. 19. Defendant Withworth contends that since filing the instant action, Plaintiff has admitted that Defendant Withworth did not act unlawfully and, therefore, his clams are not against Defendant Withworth. ECF Nos. 19. Then, on October 6, 2022, Defendants Bethel, Forga, and Watson filed

a Motion to Dismiss.  ECF No. 27.  In that motion, Defendants Bethel, Forga, and Watson ask the Court to dismiss Plaintiff's claims against them with prejudice.  ECF No. 27.  They argue that Plaintiff has failed to prosecute the instant action.  ECF No. 27.  Judge Bryant agrees and recommends dismissing Plaintiff's complaint without prejudice.  ECF No. 29, at 3.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.  The instant dismissal constitutes a "strike" under the PLRA, 28 U.S.C. § 1915(g), and the Clerk of Court is directed to place a § 1915(g) strike flag on the case.

As a final matter, although Judge Bryant recommends dismissing Plaintiff's claims, he does not offer a recommendation specific to the pending motions (ECF Nos. 19, 27).  The Court agrees with Defendants Bethel, Forga, and Watson, as well as with Judge Bryant, that Plaintiff has failed to prosecute the matter.  Thus, the Court hereby **GRANTS** Defendants Bethel, Forga, and Watson's Motion to Dismiss (ECF No. 27).  Further, because Plaintiff's failure to prosecute the instant matter is a sufficient basis for dismissal of Plaintiff's claims, the Court declines to consider Defendant Whitworth's Motion for Summary Judgment (ECF No. 19).  Thus, the Court finds that the Motion for Summary Judgment (ECF No. 19) should be and is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 13th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge